| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rooster Petroleum, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  2, 2017**    X **/s/ Kenneth F. Tamplain, Jr.**
Signature of individual signing on behalf of debtor

**Kenneth F. Tamplain, Jr.**
Printed name

**President & Chief Executive Officer**
Position or relationship to debtor

---

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:
Debtor name: Rooster Petroleum, LLC
United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ANGELO, GORDON ENERGY SERVICER, LLC 245 PARK AVE., 26TH FLOOR New York, NY 10167 | | | | $54,303,447.00 | $26,146,789.00 | $28,156,658.00 |
| ARCHROCK PARTNERS LP P.O. BOX 201160 DALLAS, TX 75320-1160 | | | | | | $192,074.95 |
| C&G BOATS INC PO BOX 789 GOLDEN MEADOW, LA 70357 | | | | | | $252,413.50 |
| DEEPCOR MARINE 1610 ST. ETIENNE RD BROUSSARD, LA 70518 | | | | | | $943,498.13 |
| DLS LLC DLS MARINE SERVICES P.O. BOX 309 LYDIA, LA 70569 | | | | | | $254,582.69 |
| ENERGY RESOURCE TECH GOM LLC TALOS ENERGY OFFSHORE P.O. BOX 51417 LOA ANGLES, CA 90051-5416 | | | | | | $706,666.22 |
| EPIC DIVING SERVICES P.O. BOX 841185 DALLAS, TX 75284-1185 | | | | | | $154,532.50 |

| Debtor | Rooster Petroleum, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FAIRWAYS OFFSHORE EXPLORATION 13430 NORTHWEST FRWY SUITE 800 HOUSTON, TX 77040 | | | | | | $400,000.00 |
| FIELDWOOD ENERGY LLC 2000 WEST SAM HOUSTON PKWY SUITE 1200 HOUSTON, TX 77042 | | | | | | $194,040.42 |
| FLOW PETROLEUM SERVICES INC PO BOX 80008 LAFAYETTE, LA 70598-0008 | | | | | | $153,232.20 |
| FLUID CRANE & CONSTRUCTION INC P.O. BOX 891 BREAUX BRIDGE, LA 70517-0891 | | | | | | $482,435.00 |
| HOUSTON-ALLIANT INSURANCE SERVICES INC 701 BST 6TH FL SAN DIEGO, CA 92101 | | | | | | $115,095.00 |
| ISLAND OPERATING COMPANY INC PO BOX 27783 LOCK BOX HOUSTON, TX 77227-7783 | | | | | | $221,241.98 |
| LAREDO CONSTRUCTION 13385 MURPHY RD STAFFORD, LA 77477 | | | | | | $383,136.00 |
| MONTCO OILFIELD CONTRACTORS PO BOX 850 GALLIANO, LA 70354 | | | | | | $527,710.50 |
| N R BROUSSARD LANDING INC P.O. BOX 1740 ABBEVILLE, LA 70511-1740 | | | | | | $64,435.05 |

| Debtor | Rooster Petroleum, LLC | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| QUALITY PRODUCTION MANAGEMENT<br>P.O. BOX 3307<br>LAFAYETTE, LA 70502-3307 | | | | | | $64,035.62 |
| SEMPCHECK SERVICES INC NDTRAK TECHNOLOGIES<br>PO BOX 273274<br>HOUSTON, TX 77277-3274 | | | | | | $70,318.50 |
| STOKES & SPIEHLER ONSHORE INC<br>P.O. BOX 52006<br>LAFAYETTE, LA 70505 | | | | | | $81,667.30 |
| WOOD GROUP PSN INC<br>PO BOX 301415<br>DALLAS, TX 75303-1415 | | | | | | $115,578.63 |